U.S. Bankruptcy Court
Western District of Texas

In re:
                       Case No.09-11507-cag
                       Chapter No.11

**CRESCENT RESOURCES, LLC**
Debtor

                       Adv. Proc. No.10-01111-cag

**CRESCENT RESOURCES LITIGATION TRUST**
Plaintiff
v.
**DUKE ENERGY CORPORATION AND SPECTRA ENERGY CAPITAL, LLC, F/K/A DUKE CAPITAL, LLC ET. AL.**
Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summon to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

**Address of Clerk**

    Clerk, U.S. Bankruptcy Court
    Western District of Texas
    903 San Jacinto, Ste 322
    Austin, TX 78701

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

**Name and Address of Plaintiff's Attorney**

    D. Douglas Brothers
    George and Brothers, LLP
    114 West 7th Street, Ste. 1100
    Austin, TX 78701

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:
**09/03/2010**



George D. Prentice II, Clerk Of Court

*George Prentice II*

**continued caption:**

**Listing Of Defendant Names:**

DUKE ENERGY CORPORATION
C/O REGISTERED AGENT
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

SPECTRA ENERGY CAPITAL, LLC, F/K/A DUKE CAPITAL, LLC
C/O CT CORPORATION SYSTEM
350 N. ST. PAUL STREET, SUITE 2900

DALLAS, TX 75201

DUKE VENTURES, LLC
C/O CT CORPORATION SYSTEM
150 FAYETTEVILLE STREET, BOX 1011

RALEIGH, NC 27601

DUKE VENTURES, INC.
C/O BERRY D. SPEARS
FULBRIGHT &JAWORSKI LLP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TX 78701

DUKE ENERGY CAROLINAS, LLC
C/O CT CORPORATION SYSTEM
150 FAYETTEVILLE STREET, BOX 1011

RALEIGH, NC 27601

DUKE ENERGY CAROLINAS
C/O DUKE ENERGY CORPORATION
OFFICE OF THE GENERAL COUNSEL
P.O. BOX 1006
CHARLOTTE, NC 28201

B. KEITH TRENT
5211 GORHAM DRIVE

CHARLOTTE, NC 28223

JIM W. MOGG
25952 FERN GULCH ROAD

EVERGREEN, CO 80439

JAMES M. SHORT, JR.
C/O CLT DEVELOPMENT, LLC
400 SOUTH TYRON STREET

CHARLOTTE, NC 28285

ARTHUR W. FIELDS
2112 CASSAMIA GLEN CT.

CHARLOTTE, NC 28211

## CERTIFICATE OF SERVICE

I, __Roxy Motta_____, certify that I am, and at all times during the
    (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __September 3, 2010__ by:
    (date)

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Spectra Energy Capital LLC, CT Corporation System
    350 N. St. Paul ST., Suite 2900
    Dallas, TX 75201

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]
                                                                                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

__9/3/10__                                        __Roxy Motta__
Date                                                          Signature

| Print Name | Roxy Motta | | | | |
|---|---|---|---|---|---|
| Business Address | 114 West 7th Street, Suite 1100 | | | | |
| City | Austin | State | TX | Zip | 78701 |